UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Justin W. Derry

Case No.: 19-25038
Chapter: 13
Judge: ABA

## NOTICE OF PROPOSED PRIVATE SALE

___Justin W. Derry___, ___Debtor___, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: |
|---|
| Attn.:Court Clerk<br>401 Market Street<br>Camden, NJ 08102 |

If an objection is filed, a hearing will be held before the Honorable ___Andrew B. Altenburg, Jr.___ on ___March 23, 2021___ at ___10___ a.m. at the United States Bankruptcy Court, courtroom no. ___4B___, ___400 Cooper Street, 4th flr Camden, NJ 08101___. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| Description of property to be sold: | 4 Berwick Lane<br>Sicklerville, NJ 08081 |
|---|---|

| Proposed Purchaser: | Tiara Kabia<br>9 Ford Lane<br>Berlin, NJ 08009 |
|---|---|

| Sale price: $318,500.00 |
|---|

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional: | Gerard McManus |
|---|---|
| Amount to be paid: | $19,110.00 |
| Services rendered: | Real Estate Agent |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name:  Francis P. Cullari, Esq.

Address:  1200 Mill Road, Suite A, Northfield, NJ 08225

Telephone No.:  609-383-3511

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Justin W. Derry  
    Debtor

Case No. 19-25038-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2  
Date Rcvd: Feb 18, 2021     Form ID: pdf905     Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Justin W. Derry, 4 Berwick Lane, Sicklerville, NJ 08081-3026 |
| 518388034 | + | Diversified Consultants, Inc., Attn: Bankruptcy, Po Box 679543, Dallas, TX 75267-9543 |
| 518388035 | + | Franklin Collection Service, Inc., Attn: Bankruptcy, Po Box 3910, Tupelo, MS 38803-3910 |
| 518388036 | #+ | KML Law Group, PC, Attorneys at Law, 216 Haddo Ave, Ste 406, Collingswood, NJ 08108-2812 |
| 518417574 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston ME 04243-9507 |
| 518420995 | + | TD Bank, N.A., c/o Janelly Landa, Esq, 30 Montgomery Street, Suite 1205, Jersey City NJ 07302-3835 |
| 518388042 | + | Upstart, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 18 2021 21:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 18 2021 21:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518515967 | | Email/Text: ally@ebn.phinsolutions.com | Feb 18 2021 21:24:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 518388031 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 18 2021 21:24:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 518388032 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 18 2021 23:48:28 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518452641 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 18 2021 23:40:18 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518388033 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 18 2021 23:39:42 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518498752 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 18 2021 23:49:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518388037 | + | Email/Text: Documentfiling@lciinc.com | Feb 18 2021 21:25:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2807 |
| 518506066 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Feb 18 2021 23:48:26 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518388038 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Feb 18 2021 23:39:24 | MidFirst Bank/Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 518388039 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 18 2021 21:27:46 | Navy FCU, Attn: Bankruptcy Dept, Po Box 3000, Merrifield, VA 22119-3000 |
| 518426611 | | Email/Text: bnc-quantum@quantum3group.com | | |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Feb 18, 2021 | Form ID: pdf905 | Total Noticed: 23

| | | | | |
|---|---|---|---|---|
| | | | Feb 18 2021 21:26:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 518388040 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 18 2021 23:39:03 | Synchchrony Bank, Attn: Bankruptcy Department, PO box 965060, Orlando, FL 32896-5060 |
| 518388923 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 18 2021 23:39:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518388041 | | Email/Text: bankruptcy@td.com | Feb 18 2021 21:26:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 20, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2021 at the address(es) listed below:

**Name** | **Email Address**

Denise E. Carlon
on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Francis P. Cullari
on behalf of Debtor Justin W. Derry cullari@comcast.net

Isabel C. Balboa
on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
ecfmail@standingtrustee.com summarymail@standingtrustee.com

Jane L. McDonald
on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

Kevin Gordon McDonald
on behalf of Creditor MidFirst Bank kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7