# Office of the Chapter 13 Standing Trustee

*Isabel C. Balboa, Chapter 13 Standing Trustee*†

*Jane L. McDonald, Counsel*
*Jennifer R. Gorchow, Staff Attorney*
*William H. Clunn, III, Staff Attorney*

*Kelleen E. Stanley\**
*Jennie P. Archer\**
*Lu'Shell K. Alexander\**

*\*Certified Bankruptcy Assistant*
†*Fellow, American College of Bankruptcy*

April 6, 2020

The Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE:   Chapter 13 Bankruptcy
      Debtor(s) Name:         Justin W. Derry
      Case No:                19-25038   ABA
      Hearing Date:           N/A

Dear Judge Altenburg:

  Please accept this letter as a limited objection to Mr. Cullari's April 26, 2021 Motion/Application for fees in the above referenced matter.

  This case was filed on August 2, 2019. The Rules in effect at that time permitted a debtor's attorney to be paid a flat fee in a Chapter 13 case. D.N.J. LBR 2016-5. Thereafter, supplemental funds could be requested by motion accompanied by a Certification of Debtor's Counsel Supporting Supplemental Chapter 13 Fee. The amended rule allowing hourly billing in a Chapter 13 case took effect on August 1, 2018. The 2018 comments to the amended rule state that:

> For cases filed or converted to Chapter 13 <u>on or after the effective date of this Rule</u>, the Court will no longer
> accept Local Forms, *Certification of Debtor's Counsel Supporting Supplemental Chapter 13 Fee* and *Order Granting*
> *Supplemental Chapter 13 Fees*. (underscored emphasis added)

  The Trustee respectfully requests Debtor's counsel file an Amended Certification of Debtor's Counsel Supporting Chapter 13 Fee as well as a revised form of Order to conform with D.N.J. LBR 2016-5.

  Should you have any questions regarding this matter, please do not hesitate to contact me.

                           Respectfully submitted,

                           *OFFICE OF THE CHAPTER 13*
                           *STANDING TRUSTEE*

                           */s/ Isabel C. Balboa*

                           **ISABEL C. BALBOA**
                           Chapter 13 Standing Trustee

ICB:lka

c:   Francis P. Cullari, Esquire   (Debtor(s) Attorney)   (via Electronic Case Filing / ECF)
     Justin W. Derry   (Debtor)   (via First Class Mail)

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978