Form 185 – ntc13plnafter

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−25038−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Justin W. Derry
   4 Berwick Lane
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−9073

Employer's Tax I.D. No.:

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
AND NOTICE OF HEARING THEREON**

Notice is hereby given that a Plan was confirmed in this matter on December 12, 2019.

On 4/25/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:           May 26, 2021
Time:           09:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: April 26, 2021
JAN: lgr

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                            Case No. 19-25038-ABA
Justin W. Derry                                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                     User: admin                              Page 1 of 3
Date Rcvd: Apr 26, 2021                  Form ID: 185                             Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2021:**

| Recip ID  |    | Recipient Name and Address |
|-----------|----|---------------------------|
| db        | +  | Justin W. Derry, 4 Berwick Lane, Sicklerville, NJ 08081-3026 |
| r         | +  | Gerard McManus, Keller Williams Realty, Wash. Twp., 381 Egg Harbor Rd, Suite 2, Sewell, NJ 08080-1853 |
| 518388034 | +  | Diversified Consultants, Inc., Attn: Bankruptcy, Po Box 679543, Dallas, TX 75267-9543 |
| 518388035 | +  | Franklin Collection Service, Inc., Attn: Bankruptcy, Po Box 3910, Tupelo, MS 38803-3910 |
| 518388036 | #+ | KML Law Group, PC, Attorneys at Law, 216 Haddo Ave, Ste 406, Collingswood, NJ 08108-2812 |
| 518417574 | +  | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston ME 04243-9507 |
| 518420995 | +  | TD Bank, N.A., c/o Janelly Landa, Esq, 30 Montgomery Street, Suite 1205, Jersey City NJ 07302-3835 |
| 518388042 | +  | Upstart, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID  |   | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|-----------|---|---------------------------|-----------|----------------------------|
| smg       |   | Email/Text: usanj.njbankr@usdoj.gov | Apr 26 2021 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg       | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 26 2021 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518515967 |   | Email/Text: ally@ebn.phinsolutions.com | Apr 26 2021 20:35:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 518388031 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 26 2021 20:35:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 518388032 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 26 2021 20:52:59 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518452641 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 26 2021 20:52:49 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518388033 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 26 2021 20:52:19 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518498752 |   | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2021 20:52:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518388037 | + | Email/Text: Documentfiling@lciinc.com | Apr 26 2021 20:36:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2807 |
| 518506066 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Apr 26 2021 20:52:58 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518388038 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Apr 26 2021 20:52:39 | MidFirst Bank/Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 518388039 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 26 2021 20:38:11 | Navy FCU, Attn: Bankruptcy Dept, Po Box 3000, Merrifield, VA 22119-3000 |

| 518426611 | | Email/Text: bnc-quantum@quantum3group.com | Apr 26 2021 20:36:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 518388040 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2021 20:52:13 | Synchchrony Bank, Attn: Bankruptcy Department, PO box 965060, Orlando, FL 32896-5060 |
| 518388923 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2021 20:52:13 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518388041 | | Email/Text: bankruptcy@td.com | Apr 26 2021 20:37:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Ally Bank Lease Trust, PO Box 130424, Roseville, MN 55113-0004 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 28, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Francis P. Cullari | on behalf of Debtor Justin W. Derry cullari@comcast.net |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jane L. McDonald | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor MidFirst Bank kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Regina Cohen | on behalf of Creditor Ally Bank Lease Trust rcohen@lavin-law.com ksweeney@lavin-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-1 User: admin Page 3 of 3
Date Rcvd: Apr 26, 2021 Form ID: 185 Total Noticed: 24
TOTAL: 8